# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ESTATE OF GLORIA DECKARD, DAVID I. GRUNFELD, ADMINISTRATOR AD LITEM, T/A BEER HUT, | : | No. 651 MAL 2015 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| | : | |
| Respondent | : | |
| | : | |
| ACME MARKETS, INC., | : | |
| | : | |
| Intervenor | : | |
| MALT BEVERAGE DISTRIBUTORS ASSOCIATION, | : | No. 850 MAL 2015 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| | : | |
| Respondent | : | |
| | : | |
| WEIS MARKETS, INC., | : | |
| | : | |
| Intervenor | : | |
| MALT BEVERAGE DISTRIBUTORS ASSOCIATION, | : | No. 830 MAL 2015 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |

|  | : |  |
| --- | --- | --- |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| | : | |
| Respondent | : | |
| | : | |
| NICK, CFM, LLC, | : | |
| | : | |
| Intervenor | : | |
| | : | |
| MECHANICSBURG DISTRIBUTING, INC. AND 6485 CARLISLE PIKE ASSOCIATES, L.P., | : | No. 849 MAL 2015 |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioners | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| | : | |
| Respondent | : | |
| | : | |
| GIANT FOOD STORES, LLC, | : | |
| | : | |
| Intervenor | : | |
| | : | |
| MALT BEVERAGE DISTRIBUTORS ASSOCIATION, | : | No. 851 MAL 2015 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| | : | |
| Respondent | : | |

| | | |
|---|---|---|
| WEIS MARKETS, INC., | : | |
| | : | |
| Intervenor | : | |
| | : | |
| MALT BEVERAGE DISTRIBUTORS | : | No. 852 MAL 2015 |
| ASSOCIATION AND DERR | : | |
| ENTERPRISES, INC., | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioners | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL | : | |
| BOARD, | : | |
| | : | |
| Respondent | : | |
| | : | |
| WEIS MARKETS, INC., | : | |
| | : | |
| Intervenor | : | |
| | | |
| DUFFER'S BEVERAGE, LLC, | : | No. 853 MAL 2015 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL | : | |
| BOARD, | : | |
| | : | |
| Respondent | : | |
| | : | |
| WEIS MARKETS, INC., | : | |
| | : | |
| Intervenor | : | |
| | | |
| MALT BEVERAGE DISTRIBUTORS | : | No. 854 MAL 2015 |
| ASSOCIATION, | : | |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |

|  | : |  |
| --- | --- | --- |
| v. | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| | : | |
| Respondent | : | |
| | : | |
| WEIS MARKETS, INC., | : | |
| | : | |
| Intervenor | : | |
| | | |
| MALT BEVERAGE DISTRIBUTORS ASSOCIATION, | : | No. 855 MAL 2015 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| | : | |
| Respondent | : | |
| | : | |
| GIANT EAGLE, INC., | : | |
| | : | |
| Intervenor | : | |
| | : | |
| | | |
| MALT BEVERAGE DISTRIBUTORS ASSOCIATION AND STAR BEVERAGE, INC., | : | No. 115 MAL 2016 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : | |
| | : | |
| Respondent | : | |
| | : | |
| OHIO SPRINGS, INC., | : | |
| | : | |
| Intervenor | : | |

# ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of August 2016, the Petition for Allowance of Appeal is **DENIED**.